# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number: 1:10-cv-02477

Pamela J. Harris, et al.
v.
Governor Pat Quinn, in his official capacity as Governor of the State of Illinois, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Pamela J. Harris, Ellen Bronfeld, Carole Gulo, Michelle Harris, Wendy Partridge, Theresa Riffey, Gordon P. Stiefel, Susan Watts, Patricia Withers, and Stephanie Yencer-Price (all Plaintiffs)

| | |
|---|---|
| NAME (Type or print) <br> William L. Messenger | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ William L. Messenger | |
| FIRM <br> National Right to Work Legal Defense Foundation, Inc. | |
| STREET ADDRESS <br> 8001 Braddock Rd., Suite 600 | |
| CITY/STATE/ZIP <br> Springfield, VA 22160 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 703.321.8510 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |