# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Pamela J. Harris, et al. | CASE NUMBER: 1:10-cv-02477 |
| V. | ASSIGNED JUDGE: HONORABLE RONALD A. GUZMAN |
| Governor Pat Quinn, in His Official Capacity As Governor of the State of Illinois, et al. | MAGISTRATE JUDGE: HONORABLE MICHAEL T. MASON |

TO: (Name and address of Defendant)

SEIU Local 73
300 S Ashland Ave., Suite 400
Chicago, IL 60607
(312) 787-5868
(312) 337-7768 (fax)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Messenger
c/o National Right to Work Legal Defense Foundation
8001 Braddock Rd., Suite 600
Springfield, VA 22160
703.321.8510
703.321.9319 (fax)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

April 23, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-28-10  12:35 PM |
| NAME OF SERVER (PRINT) Gunther Polak | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: SERVED: TRINA BROWN
STE 400 300 S. ASHLAND AVE, CHICAGO, IL 60607

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-28-10
                  Date                Signature of Server

Address of Server: 20 N. CLARK STR Chicago, IL 60202
STE 3100
312-782-7040

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Pamela J. Harris, et al. | CASE NUMBER: 1:10-cv-02477 |
| V. | ASSIGNED JUDGE: HONORABLE RONALD A. GUZMAN |
| Governor Pat Quinn, in His Official Capacity As Governor of the State of Illinois, et al. | MAGISTRATE JUDGE: HONORABLE MICHAEL T. MASON |

TO: (Name and address of Defendant)

Governor Pat Quinn
Office of the Governor
James R. Thompson Center
100 W. Randolph, 16-100
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Messenger
c/o National Right to Work Legal Defense Foundation
8001 Braddock Rd., Suite 600
Springfield, VA 22160
703.321.8510
703.321.9319 (fax)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Eleanore Duff*
(By) DEPUTY CLERK

April 23, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4-29-10  11 AM |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Gunther Polak | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: John Schomberg
16-100  100 W Randolph Chicago, IL. 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-29-10
Date    Signature of Server

Address of Server: 20 N. Clark  Chicago IL 60602
Ste 3100
312-782-7090

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Pamela J. Harris, et al.

V.

Governor Pat Quinn, in His Official Capacity As Governor of the State of Illinois, et al.

CASE NUMBER: 1:10-cv-02477

ASSIGNED JUDGE: HONORABLE RONALD A. GUZMAN

MAGISTRATE JUDGE: HONORABLE MICHAEL T. MASON

TO: (Name and address of Defendant)

SEIU Healthcare Illinois & Indiana
209 W. Jackson Blvd, Suite 200
Chicago, IL 60606
(312) 980-9000
(312) 939-8256 (fax)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Messenger
c/o National Right to Work Legal Defense Foundation
8001 Braddock Rd., Suite 600
Springfield, VA 22160
703.321.8510
703.321.9319 (fax)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

April 23, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-28-10 | 10:30 AM |
| NAME OF SERVER (PRINT) GUNTHER POLAK | TITLE PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: SERVED TERRY HARKIN
Ste 200  209 W JACKSON BLVD, CHICAGO IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-28-10
          Date          *Signature of Server*

20 N. CLARK STR, CHICAGO IL 60602
*Address of Server*
Ste 3100
312-782-7090

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Pamela J. Harris, et al.

CASE NUMBER: 1:10-cv-02477

V.

ASSIGNED JUDGE: HONORABLE RONALD A. GUZMAN

Governor Pat Quinn, in His Official Capacity As Governor of the State of Illinois, et al.

MAGISTRATE JUDGE: HONORABLE MICHAEL T. MASON

TO: (Name and address of Defendant)

AFSCME Council 31
205 N. Michigan Ave., Suite 2100
Chicago, IL 60601
312 641-6060
312 861-0979 (fax)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Messenger
c/o National Right to Work Legal Defense Foundation
8001 Braddock Rd., Suite 600
Springfield, VA 22160
703.321.8510
703.321.9319 (fax)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**

**April 23, 2010**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-29-10  10 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Gunther Polak | Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Served: Minnie Perez
205 N. Michigan Ave SG 2100 Chicago IL 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-29-10
           Date          Signature of Server

Address of Server: 20 N. Clark Str Chicago, IL 60602
R 3100
312-782-7090

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.