# United States District Court
## Northern District of Illinois
### Eastern Division

Pamela Harris, et al.                **JUDGMENT IN A CIVIL CASE**

     v.                                        Case Number: 10 C 2477

Governor Pat Quinn, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' consolidated motion to dismiss complaint is granted and it is so ordered.

                                             Michael W. Dobbins, Clerk of Court

Date: 11/16/2010                        _____

                                               /s/ Karen Giammarese, Deputy Clerk