UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA RIFFEY, SUSAN WATTS, STEPHANIE YENCER-PRICE, and a putative class of similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNOR BRUCE RAUNER, in His Official Capacity as Governor of the State of Illinois, SEIU HEALTHCARE ILLINOIS & INDIANA <br><br> Defendants. | No.: 10-CV-02477 <br><br> Honorable Manish S. Shah <br> U.S. District Court Judge |

**PLAINTIFFS' NOTICE CONCERNING THEIR FIRST
AMENDED COMPLAINT AND CERTIFICATE OF SERVICE**

Plaintiffs Theresa Riffey, Susan Watts, and Stephanie Yencer-Price hereby file their First Amended Complaint pursuant to this Court's Order of May 13, 2015, ECF No. 78, which granted Plaintiffs' leave to file an amended complaint.

Date: May 20, 2015

Respectfully submitted,

By /s/ William L. Messenger
William L. Messenger (*Pro Hac Vice*)
Amanda K. Freeman (*Pro Hac Vice*)
National Right to Work Legal
Defense Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160
Tel: 703.321-8510
wlm@nrtw.org
akf@nrtw.org

*and*

1

Michael Haugh
Anastas Shkurti
Veverka Rosen & Haugh
180 N. Michigan Ave 900
Chicago, Illinois
Tel: 312.372.2665
michael@verohalaw.com
anastas@verohalaw.com

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on May 20, 2015, I electronically filed Plaintiffs' First Amended Complaint and the accompanying Notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to participants identified on the Notice of Elecontric Filing.

By /s/ William L. Messenger
William L. Messenger (*Pro Hac Vice*)
