IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA RIFFEY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOVERNOR BRUCE RAUNER, in his official capacity as Governor of the State of Illinois; and SEIU HEALTHCARE ILLINOIS & INDIANA,<br><br>        Defendants. | No.: 10-cv-02477<br><br>Judge:<br>Honorable Manish S. Shah<br><br>Magistrate Judge:<br>Honorable Michael T. Mason |

**DEFENDANT SEIU HCII's UNOPPOSED
MOTION TO REASSIGN CASE AS RELATED (LR 40.4)**

Defendant SEIU Healthcare Illinois & Indiana ("SEIU HCII") hereby moves, pursuant to Local Rule 40.4, to reassign *Winner v. Rauner*, No. 15-7213, as a related case to *Riffey v. Rauner*, No. 10-2477. This motion is unopposed. In support of this motion, SEIU HCII states as follows:

    1.    *Winner v. Rauner* ("*Winner*") is a proposed class action against Defendants Governor Bruce Rauner and SEIU HCII. The action challenges the deduction of union fair-share from child care providers, pursuant to collective bargaining agreements entered into by the State of Illinois and SEIU HCII before the decision in *Harris v. Quinn*, 134 S.Ct. 2618 (June 30, 2014). A copy of the complaint in *Winner* is attached as Exhibit A.

    2.    *Riffey v. Rauner* ("*Riffey*") is a proposed class action against Defendants Governor Bruce Rauner and SEIU HCII. The action challenges the deduction of union fair-share from home care providers, pursuant to collective bargaining agreements entered into by

State of Illinois and SEIU HCII before the decision in *Harris v. Quinn*, 134 S.Ct. 2618 (June 30, 2014). A copy of the first amended complaint in *Riffey* is attached as Exhibit B. (*Riffey* is the same case as *Harris v. Quinn*. The caption was restyled after the case was remanded to this Court.)

3. *Winner* and *Riffey* should be assigned to the same District Judge to avoid inconsistent rulings and to conserve judicial resources. The cases are against the same defendants and concern the deduction by the State of Illinois of union fair-share fees for two bargaining units represented by SEIU HCII. The cases are likely to raise similar or identical legal issues, such as whether class certification is appropriate and whether plaintiffs are entitled to recover fair-share fees paid prior to the *Harris* decision. Although the *Riffey* case was filed in 2010, it was initially dismissed for failure to state a claim and, after remand by the Supreme Court, the plaintiffs filed a First Amended Complaint on May 20, 2015. The *Riffey* plaintiffs' motion for class certification is now being briefed, so the action is still in the preliminary stages.

4. Counsel for Governor Rauner has advised counsel for SEIU HCII that Defendant Rauner does not oppose this motion.

5. Counsel for the *Riffey* Plaintiffs has advised counsel for SEIU HCII that the *Riffey* Plaintiffs do not oppose this motion.

6. Counsel for the *Winner* Plaintiffs has advised counsel for SEIU HCII that the *Winner* Plaintiffs do not oppose the motion.

WHEREFORE, the Court should order that *Riffey* and *Winner* are related cases and that *Winner* should be reassigned to Judge Manish S. Shah, because *Riffey* is the earlier-filed case.

Dated: October 5, 2015          Respectfully submitted,

                                              By:    /s/ Scott A. Kronland
Scott A. Kronland
   (admitted pro hac vice)
Kristin M. García
   (admitted pro hac vice)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
skronland@altber.com

 /s/ Robert E. Bloch
Robert E. Bloch
Ronald M. Willis
Josiah A. Groff
DOWD, BLOCH, BENNETT & CERVONE
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361
rebloch@dbb-law.com
rwillis@dbb-law.com
jgroff@dbb-law.com

Attorneys for Defendant SEIU HEALTHCARE ILLINOIS & INDIANA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT SEIU HCII's UNOPPOSED MOTION TO REASSIGN CASE AS RELATED** was served on October 5, 2015 via electronic filing on counsel who are on the e-filing list for *Riffey v. Rauner*, No. 10-2477, and and by e-mail on counsel in *Winner v. Rauner*, No. 15-7213, who are not also counsel in *Riffey*:

| | |
|---|---|
| William L. Messenger<br>Amanda K. Freeman<br>National Right to Work Legal Defense Foundation<br>8001 Braddock Road, Suite 600<br>Springfield, VA 22160<br>wlm@nrtw.org<br>akf@nrtw.org | Michael A. Haugh<br>Anastas Shkurti<br>Veverka Rosen & Haugh<br>180 North Michigan Avenue, Suite 900<br>Chicago, IL 60601<br>michael@verohalaw.com<br>anastas@verohalaw.com |
| Gary S. Caplan<br>Assistant Attorney General<br>100 West Randolph Street<br>Chicago, Illinois 60601<br>gcaplan@atg.state.il.us | Jessica M. Scheller<br>Assistant Attorney General<br>100 West Randolph Street<br>13th Floor<br>Chicago, Illinois 60601<br>JScheller@atg.state.il.us |
| David A. Howard<br>Michael J. Lotus<br>THE HOWARD LAW FIRM LLC<br>307 North Michigan Avenue<br>Suite 1214<br>Chicago, Illinois 60601<br>dhoward@howardlawllc.com | Jeffrey A. Leon<br>QUANTUM LEGAL LLC<br>513 Central Avenue, Suite 300<br>Highland Park, IL 60035<br>jeff@qulegal.com |

By:   /s/ Scott A. Kronland
      Scott A. Kronland