IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA RIFFEY, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>GOVERNOR BRUCE RAUNER, in his official capacity as Governor of the State of Illinois; and SEIU HEALTHCARE ILLINOIS & INDIANA,<br><br>                Defendants. | No.: 10-cv-02477<br><br>Judge:<br>Honorable Manish S. Shah |

## JUDGMENT

Pursuant to the joint motion of the parties, the Court hereby enters judgment in favor of Plaintiffs Theresa Riffey, Susan Watts, and Stephanie Yencer-Price and against Defendants Governor Bruce Rauner, in his official capacity as Governor of the State of Illinois, and SEIU Healthcare Illinois & Indiana, as follows:

Defendant SEIU Healthcare Illinois & Indiana (now known as SEIU Healthcare Illinois Indiana Missouri Kansas) shall pay the following amounts to Plaintiffs: Theresa Riffey: $4,994.14; Susan Watts: $4,327.02; Stephanie Yencer-Price: $965.69.

Defendants Governor Bruce Rauner, in his official capacity as Governor of the State of Illinois, and SEIU Healthcare Illinois & Indiana (now known as SEIU Healthcare Illinois Indiana Missouri Kansas) ARE HEREBY ENJOINED AND RESTRAINED from entering into a "fair-share agreement" within the meaning of Section 3(g) of the Illinois Public Labor Relations Act that is applicable to personal assistants who work under the Illinois Home Services Program.

This injunction shall not apply if the Supreme Court overrules its decision in *Harris v. Quinn*, 134 S.Ct. 2618 (2014).

If Plaintiffs appeal from this final judgment and the Order denying their motion for class certification (Doc. 182), Plaintiffs' deadlines to file a bill of costs in accordance with Local Rule 54.1 and to move for attorney's fees and related non-taxable expenses in accordance with Local Rule 54.3 are extended until 90 days after the issuance of the mandate by the Court of Appeal.

IT IS SO ORDERED.

Dated: 8/23/16

_____
Manish S. Shah
United States District Judge